**HAYNES AND BOONE, LLP**
Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
(212) 659-7300
richard.kanowitz@haynesboone.com

*Proposed Attorneys for Plaintiffs*

| | |
|---|---|
| In re:<br>BLOCKFI INC., *et al.*,<br>　　　　　　　　　　Debtors.[1] | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 22-19361 (MBK)<br><br>(Joint Administration Requested)<br><br>Chapter 11 |
| BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC,<br>　　　　　　　　　　Plaintiffs,<br>-against-<br>EMERGENT FIDELITY TECHNOLOGIES LTD. AND ED&F MAN CAPITAL MARKETS, INC.,<br>　　　　　　　　　　Defendants. | Adv. Pro. No. 22-01382 (MBK)<br><br>**NOTICE OF APPEARANCE FOR RICHARD KANOWITZ ON BEHALF OF PLAINTIFFS BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC** |

**TO:**　All Interested Parties

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as proposed counsel for plaintiffs BlockFi Inc., BlockFi Lending LLC and BlockFi International LLC and requests that copies of all pleadings, other papers filed (however designated), and notices given be served upon the undersigned at the email address listed below:

---

[1] The Debtors in these chapter 11 cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

                HAYNES AND BOONE, LLP
                Attn: Richard S. Kanowitz
                30 Rockefeller Plaza, 26th Floor
                New York, New York 10112
                Telephone: (212) 659-7300
                Email:  richard.kanowitz@haynesboone.com

**PLEASE TAKE FURTHER NOTICE**, if any limited service lists are used in the proceeding, the undersigned request inclusion thereon.

Dated: November 29, 2022                Respectfully Submitted,

                                          /s/ *Richard S. Kanowitz*

                                  **HAYNES AND BOONE, LLP**
                                  Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)
                                  30 Rockefeller Plaza, 26th Floor
                                  New York, New York 10112
                                  (212) 659-7300
                                  richard.kanowitz@haynesboone.com

                                  *Proposed Attorneys for Plaintiffs BlockFi Inc., BlockFi Lending LLC and BlockFi International LLC*