# **EXHIBIT 3**

**SBF Application to Stay Liquidation Proceeding**

**Case Number: ANUHCV2022/0480**

**FILED
HIGH COURT
ANTIGUA AND BARBUDA**

THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
ANTIGUA AND BARBUDA

Claim No. ANUHCV2022/0480

Submitted Date: 12/12/2022 11:20

Filed Date: 12/12/2022 11:22

Fees Paid: 42.00

IN THE MATTER OF EMERGENT FIDELITY TECHNOLOGIES LTD

And

IN THE MATTER OF THE INTERNATIONAL BUSINESS CORPORATIONS ACT, CAP. 222

And

IN THE MATTER OF CPR 26.2(1)(Q) AND (W)

BETWEEN

| | |
|---|---|
| ANGELA BARKHOUSE AND TONI SHUKLA (AS RECEIVERS OF EMERGENT FIDELITY TECHNOLOGIES LTD) | <u>Respondents- Petitioners</u> |
| – and – | |
| EMERGENT FIDELITY TECHNOLOGIES LTD | <u>Respondent</u> |
| – and – | |
| SAMUEL BENJAMIN BANKMAN-FRIED | <u>Applicant-Intended Interested Party</u> |

### NOTICE OF APPLICATION

The Applicant, Samuel Benjamin Bankman-Fried of 27 Veridian Corporate Center, Western Road, New Providence, Nassau, Bahamas, applies to this Honourable Court for the following orders:

1. The Applicant is constituted an interested party in the instant proceedings.

2. There be a stay of proceedings in the instant matter pending the determination of the Applicant's application for a discharge of a receivership order in the matter of **ANUHCV2022/0456** - *Yonatan Ben Shimon* v (1) *Emergent Fidelity Technologies Ltd* and (2) *Samuel Benjamin Bankman-Fried*

3. No order as to costs.

**A draft of the Order sought is attached**.

**The grounds of the Application are**:

1. The Applicant is the 90% shareholder of the Respondent Company that is the subject of the instant proceedings and accordingly has an interest in the liquidation proceedings.
2. The liquidation petition has been brought by the Respondent Company's receivers. There is presently an application to have the order appointing the Petitioners as receivers of the Respondent Company revoked.
3. The overriding objective is best served by the imposition of a stay in the instant proceedings pending the determination of the application concerning the receivership order.

**An affidavit accompanies this application**.

Dated the 12th day of December 2022

*[signature]*

**David Dorsett, Ph.D.**
Watt, Dorsett, Hewlett Law
Attorneys-at-law for the Applicant-2nd Defendant
Kingsgate Chambers
55 Newgate Street
St. John's, Antigua
(T): 462-1351

NOTICE:

This application will be heard by                    on the              day       of           2022 at [           ] at the High Court of Justice, Parliament Drive, St. John's, Antigua.

**If you do not attend this hearing an order may be made in your absence.**

**NB This notice of application must be served as quickly as possible on the respondent to the application.**

2

The court office is at Parliament Drive, St. John's, Antigua, telephone number 462-0609, FAX 462-3929. The office is open between 9:00 am and 3:00 pm Monday to Friday expect public holidays.

The Applicant's address for service is:    Watt, Dorsett, Hewlett Law
Kingsgate Chambers
55 Newgate Street
St. John's, ANTIGUA

THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
ANTIGUA AND BARBUDA

Claim No. ANUHCV2022/0480

IN THE MATTER OF EMERGENT FIDELITY TECHNOLOGIES LTD

And

IN THE MATTER OF THE INTERNATIONAL BUSINESS CORPORATIONS ACT, CAP. 222

And

IN THE MATTER OF CPR 26.2(1)(Q) AND (W)

BETWEEN

| | |
|---|---|
| ANGELA BARKHOUSE AND TONI SHUKLA (AS RECEIVERS OF EMERGENT FIDELITY TECHNOLOGIES LTD) | <u>Respondents- Petitioners</u> |
| – and – | |
| EMERGENT FIDELITY TECHNOLOGIES LTD | <u>Respondent</u> |
| – and – | |
| SAMUEL BENJAMIN BANKMAN-FRIED | <u>Applicant-Intended Interested Party</u> |

## NOTICE OF APPLICATION

David Dorsett, Ph.D.
Watt, Dorsett, Hewlett Law
Attorneys-at-law for the Applicant
Kingsgate Chambers
55 Newgate Street
St. John's, Antigua
(T): 462-1351