| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>*Attorneys for Debtors*<br>*and Debtors in Possession* | |
| In Re: BLOCKFI INC., *et al.,*<br><br>BLOCKFI INC., ET AL<br>V.<br>EMERGENT FIDELITY TECHNOLOGIES LTD. ET AL<br><br>                          Debtors.¹ | Case No.:     22-19361<br>Adv. Pro. No. 22-1382<br><br>Judge:         Hon. Michael B. Kaplan<br><br>Chapter:       11<br><br>Hearing Date:   March 15, 2023 |

## ADJOURNMENT REQUEST

1.    I, <u>Michael D. Sirota, Esq.</u>

    ☒    am the attorney for:  <u>the Debtors/Debtors-in-Possession                              </u>,

    ☐    am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

**Matter**:  Pre-trial Conference

**Objections Filed**: None.

---

[1]. The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: BlockFi Inc. (0015); BlockFi Trading LLC (2487); BlockFi Lending LLC (5017); BlockFi Wallet LLC (3231); BlockFi Ventures LLC (9937); BlockFi International Ltd. (N/A); BlockFi Investment Products LLC (2422); BlockFi Services, Inc. (5965) and BlockFi Lending II LLC (0154). The location of the Debtors' service address is 201 Montgomery Street, Suite 263, Jersey City, NJ 07302.

65365/0001-44809690v1

**Current hearing date and time**: March 15, 2023 at 10:00 a.m.

**New date requested**: April 19, 2023 at 10:00 a.m.

**Reason for adjournment request**: Defendant Emergent Fidelity Technologies Ltd. ("Emergent") has filed for bankruptcy. Plaintiff has filed a motion to dismiss that case which is scheduled for a hearing in Delaware on March 14th. Defendant Marex Capital Markets Inc. (f/k/a E D & F Man Capital Inc.) ("Marex") is currently due to file an answer or a dispositive motion to Plaintiff's Complaint on March 15th. However, Plaintiff and Marex have agreed to an extension of time through and including May 1st for Marex to file an answer or a dispositive motion to Plaintiff's Complaint, subject to Court approval. In light of these two facts, the parties believe it will be most productive to adjourn the status conference to April 19th so that (i) the Emergent motion to dismiss will have been heard, if not decided, and (ii) the Plaintiff will have had an opportunity to review Marex's filed answer or dispositive motion.

2. Consent to adjournment:

☒ I have the consent of all parties.     ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 8, 2023          /s/ Michael D. Sirota
                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☐  Granted               New hearing date: _____    ☐  Peremptory

☐  Granted over objection(s)  New hearing date: _____    ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**