| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
|---|---|
| In Re:<br>BlockFi Inc. | Case No.: 22-19361<br><br>Hearing Date: |
| BlockFi Inc., BlockFi Lending LLC , et al.<br><br><br>Plaintiff(s)<br>v.<br>Emergent Fidelity Technologies Ltd., et al.<br><br><br>Defendant(s) | Adv. No.: 22-01382<br><br>Judge: Michael B. Kaplan |

Order Filed on March 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## STIPULATION AND PROPOSED SCHEDULING ORDER

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: March 9, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| HAYNES AND BOONE, LLP | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C. |
|---|---|
| Richard S. Kanowitz, Esq. (NJ Bar No. 047911992)<br>Richard D. Anigian, Esq.<br>Charles M. Jones II, Esq.<br>30 Rockefeller Plaza, 26th Floor<br>New York, New York 10112<br>(212) 659-7300<br>richard.kanowitz@haynesboone.com<br>rick.anigian@haynesboone.com<br>charlie.jones@haynesboone.com<br><br>*Attorneys to Plaintiffs BlockFi Inc., BlockFi Lending LLC, and BlockFi International LLC* | Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006)<br>Therese M. Doherty, Esq.<br>Douglas P. Baumstein, Esq.<br>919 Third Avenue<br>New York, New York 10022<br>Phone: (212) 935-3000<br>KRWalsh@mintz.com<br>TDoherty@mintz.com<br>DBaumstein@mintz.com<br><br>*Attorneys to Defendant Marex Capital Markets Inc. f/k/a E D & F Man Capital Markets Inc.* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BLOCKFI INC., et al.,<br><br>               Debtors. | Case No. 22-19361 (MBK)<br><br>Chapter 11 |
| BLOCKFI INC., BLOCKFI LENDING LLC AND BLOCKFI INTERNATIONAL LLC,<br><br>               Plaintiffs,<br><br>        -against-<br><br>EMERGENT FIDELITY TECHNOLOGIES LTD. AND E D & F MAN CAPITAL MARKETS INC.<br><br>               Defendants. | Adv. Pro. No. 22-01382 (MBK) |

**STIPULATION AND PROPOSED SCHEDULING ORDER**

WHEREAS, on December 30, 2022, the Court entered the *Joint Scheduling Order* [Adv. Dkt. No. 31] thereby ordering each defendant or party in interest who has intervened in this

proceeding to file an answer, a motion to dismiss, or any other pleading responsive to the *Debtors' Adversary Complaint Against Emergent Fidelity Technologies Ltd. and ED&F Man Capital Markets, Inc.* [Adv. Dkt. No. 1] (the "Complaint") on or before February 15, 2023(the "Initial Response Deadline");

WHEREAS, on February 3, 2023, Emergent Fidelity Technologies Ltd. ("Emergent") filed a bankruptcy petition in the United States Bankruptcy Court for the District of Delaware (the "Delaware Bankruptcy Court") thereby commencing its bankruptcy case (the "Emergent Bankruptcy Case"); and

WHEREAS Marex Capital Markets Inc., formerly known as E D & F Man Capital Markets Inc. ("MCM") and BlockFi Inc., BlockFi Lending LLC, and BlockFi International LLC (collectively, "BlockFi") agreed to an extension of the Initial Response Deadline, through and including March 15, 2023 (the "Response Deadline");

WHEREAS, on February 16, 2023, the Court entered the *Stipulation and Scheduling Order* thereby approving the Response Deadline;

WHEREAS, on February 16, 2023, BlockFi filed *BlockFi's Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case* in the Emergent Bankruptcy Case which is scheduled to be heard in the Delaware Bankruptcy Court on March 14, 2023;

WHEREAS, MCM and BlockFi agreed that a further extension of the Response Deadline, through and including May 1, 2023, would be appropriate under the circumstances;

**IT IS HEREBY ORDERED THAT:**

1. MCM shall file an answer, a motion to dismiss, or any other pleading responsive to the Complaint on or before **May 1, 2023**.

2. Entry of this Order is without prejudice to any party in interest seeking additional extensions.

3. Notwithstanding anything to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. Nothing herein shall be construed as the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against Emergent or otherwise a violation of the automatic stay imposed as to Emergent pursuant to 11 U.S.C. § 362.

5. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 9, 2023

| **HAYNES AND BOONE, LLP** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY, & POPEO, P.C.** |
|---|---|
| /s/ Richard S. Kanowitz | /s/ Kaitlin R. Walsh |
| Richard S. Kanowitz, Esq. (NJ Bar No. 047911992) | Kaitlin R. Walsh, Esq. (NJ Bar No. 038402006) |
| Richard D. Anigian, Esq. | Therese M. Doherty, Esq. |
| Charles M. Jones II, Esq. | Douglas P. Baumstein, Esq. |
| 30 Rockefeller Plaza, 26th Floor | 919 Third Avenue |
| New York, New York 10112 | New York, New York 10022 |
| (212) 659-7300 | Phone: (212) 935-3000 |
| richard.kanowitz@haynesboone.com | KRWalsh@mintz.com |
| rick.anigian@haynesboone.com | TDoherty@mintz.com |
| charlie.jones@haynesboone.com | DBaumstein@mintz.com |
| *Attorneys to Plaintiffs BlockFi Inc., BlockFi Lending LLC, and BlockFi International LLC* | *Attorneys to Defendant Marex Capital Markets Inc. f/k/a E D & F Man Capital Markets Inc.* |

p

3